IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-HC-2062-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ZACHARY BROWN, | ) | |
| Respondent. | ) | |

This matter comes before the court upon the motion of the United States to dismiss the Certification of a Sexually Dangerous Person filed against the respondent (DE # 55). For the reasons stated in the United States' supporting memorandum (DE # 56), the motion is GRANTED. Furthermore, respondent's motion to dismiss (DE # 30) is DENIED AS MOOT. This action is hereby DISMISSED, and the Clerk is DIRECTED to close the case.

This 26 August 2011.

 W. Earl Britt
 Senior U.S. District Judge